# Exhibit 1



**State of New Jersey**

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF GAMING ENFORCEMENT<br>1300 ATLANTIC AVENUE<br>ATLANTIC CITY, NJ  08401 | MATTHEW J. PLATKIN<br>*Attorney General* |
| TAHESHA L. WAY<br>*Lt. Governor* | | MARY JO FLAHERTY<br>*Interim Director* |

March 27, 2025

<u>CEASE AND DESIST</u>

<u>Via certified, regular, and electronic mail</u>

Tarek Mansour, CEO
Kalshi Inc. d/b/a Kalshi
594 Broadway, Suite 407
New York, NY 10012
tarek@kalshi.com

Re: <u>Unauthorized Sports Wagering in New Jersey</u>

Dear Tarek Mansour:

     The New Jersey Division of Gaming Enforcement ("Division") is a law enforcement agency within the Office of the Attorney General, charged with the responsibility to investigate and prosecute violations of the New Jersey Casino Control Act, *N.J.S.A.* 5:12-1 *et seq*, and the New Jersey Sports Wagering Act, *N.J.S.A.* 5:12A-10 *et seq.*

     The Division has accessed your mobile application and website, located at www.kalshi.com, and it has determined that your company, Kalshi Inc. d/b/a KalshiEX LLC and/or Kalshi ("Kalshi"), is listing unauthorized sports wagers for individuals located within the State of New Jersey. This activity constitutes a violation of the New Jersey Sports Wagering Act, which only permits licensed entities to offer sports wagering to patrons located in New Jersey. *See generally N.J.S.A.* 5:12A-11. Further, Kalshi is currently offering unauthorized sports wagering to New Jersey residents on collegiate sporting events occurring in New Jersey in violation of the New Jersey Constitution. *See N.J. Const.* Art. IV, §7, ¶2(D). That constitutional provision mandates that "wagering shall not be permitted on a college sport or athletic event that takes place in New Jersey or on a sport or athletic event in which any New Jersey college team participates regardless of where the event takes place."

     This letter shall serve as official notice that Kalshi, by facilitating and/or accepting unauthorized sports wagering from individuals within the State of New Jersey, is engaging in activity that is unlawful under not only New Jersey law, but New Jersey's Constitution. <u>The Division demands that you immediately cease and desist from offering any form of sports wagering to New Jersey residents and void any such wagers already placed.</u>




Tarek Mansour
Page 2

    The Division reserves the right to pursue any appropriate sanctions if you fail to take immediate corrective action as demanded herein. Please confirm in writing by Friday, March 28, 2025, by no later than 11:59 pm, that you have ceased all sports wagering activities targeting New Jersey residents and voided all such wagers placed in New Jersey. Failure to comply with this directive will result in the Division taking further enforcement actions, which may include any measures available under New Jersey law.

Sincerely,

*Mary Jo Flaherty*
_____
Mary Jo Flaherty
Interim Director
New Jersey Division of Gaming Enforcement

c:    Cari Fais, Director, New Jersey Division of Consumer Affairs
    Louis Rogacki, Deputy Director, New Jersey Division of Gaming Enforcement
    Michael Golub, Deputy Attorney General, New Jersey Division of Gaming Enforcement
    Jamie McKelvey, Deputy Attorney General, New Jersey Division of Gaming Enforcement
    New Jersey Casinos
    New Jersey Gaming Operators