1  Gurbir S. Grewal
   Milbank LLP
2  55 Hudson Yards
   New York, New York 10001
3  Telephone: 212-530-5775
   Facsimile: 212-530-5775
4
   Neal Kumar Katyal (pro hac vice pending)
5  Joshua B. Sterling (pro hac vice pending)
   William E. Havemann (pro hac vice pending)
6  Milbank LLP
   1850 K Street, Suite 1100
7  Washington D.C. 20006
   Telephone: 202-835-7505
8  Facsimile: 213-629-5063
9
   Mackenzie Austin (pro hac vice pending)
10 Milbank LLP
   2029 Century Park East, 33rd Floor
11 Los Angeles, California 90067
   Telephone: 424-386-4000
12 Facsimile: 213-629-5063
13
   ATTORNEYS FOR PLAINTIFF

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED ORDER - 1

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KALSHIEX, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MARY JO FLAHERTY, in her official capacity as Interim Director of the New Jersey Division of Gaming Enforcement; NEW JERSEY DIVISION OF GAMING ENFORCEMENT; JAMES T. PLOUSIS, in his official capacity as Chairman of the New Jersey Casino Control Commission; ALISA COOPER, in her official capacity as Vice Chair of the New Jersey Casino Control Commission; JOYCE MOLLINEAUX, in her official capacity as Commissioner of the New Jersey Casino Control Commission; NEW JERSEY CASINO CONTROL COMMISSION; and MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey,<br><br>Defendants. | Case No.: 25-cv-2152<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

This matter comes before the Court on Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction to enjoin Defendants from enforcing N.J.S.A. 5:12A-11, N.J. Const. Art. IV, § 7, ¶ 2(D), and any other New Jersey law that is used in a manner to effectively regulate Plaintiff's designated futures market against Plaintiff.  Upon consideration of KalshiEX, LLC's Motion for Temporary Restraining Order and Preliminary Injunction, this Court's assessment is that, for the reasons stated in Plaintiff's motion, Plaintiff will face irreparable harm in the absence of injunctive relief. It is hereby

ORDERED that, the Defendants show cause why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure preliminarily enjoining the defendants during the pendency of this action from enforcing New Jersey state gambling laws including N.J.S.A.

5:12A-11, N.J. Const. Art. IV, § 7, ¶ 2(D), and any other New Jersey law that is used in a manner to effectively regulate Plaintiff's designated futures market against Plaintiff; and further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of the Plaintiff's application for a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, the defendants are restrained from enforcing N.J.S.A. 5:12A-11, N.J. Const. Art. IV, § 7, ¶ 2(D), and any other New Jersey law that is used in a manner to effectively regulate Plaintiff's designated futures market against Plaintiff; and further

ORDERED that, any opposition submission by defendants be filed by April __, 2025; and that any reply by the Plaintiff be filed by April __, 2025.

This order shall become effective immediately.

SO ORDERED ON THIS _____ day of _____, 2025.

_____
Judge, United States District Court
for District of New Jersey