## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KALSHIEX LLC,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**MARY JO FLAHERTY**, *et al.*,<br><br>　　　　Defendants. | **Case No. 25–cv–02152–ESK–MJS**<br><br><br>**ORDER** |

**THIS MATTER** having come before the Court on plaintiff KalshiEX LLC's (Kalshi) motion for a temporary restraining order and preliminary injunction (ECF No. 2),

**IT IS** on this   **28th** day of **April 2025**   **ORDERED** that:

1. The Motion is **GRANTED**. Defendants New Jersey Division of Gaming Enforcement, New Jersey Casino Control Commission, Mary Jo Flaherty, James T. Plousis, Alisa Cooper, Joyce Mollineux, and Matthew J. Platkin are enjoined from pursuing civil or criminal enforcement actions against Kalshi concerning its sports-related event contracts.

2. Kalshi shall contact the Clerk's Office to coordinate the securing of the $100,000.00 bond.

3. The parties shall make any requests regarding adjustment of the bond amount by letters of no more than three double-spaced pages within five business days of this order.

4. The parties are directed to coordinate discovery with Magistrate Judge Matthew J. Skahill.

　　　　　　　　　　　　　　　　　　　　　*/s/ Edward S. Kiel*　　　　　
　　　　　　　　　　　　　　　　　　　　**EDWARD S. KIEL**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**