UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KALSHIEX LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MARY JO FLAHERTY, in her official capacity as Interim Director of the New Jersey Division of Gaming Enforcement; NEW JERSEY DIVISION OF GAMING ENFORCEMENT; JAMES T. PLOUSIS, in his official capacity as Chairman of the New Jersey Casino Control Commission; ALISA COOPER, in her official capacity as Vice Chair of the New Jersey Casino Control Commission; JOYCE MOLLINEAUX, in her official capacity as Commissioner of the New Jersey Casino Control Commission; NEW JERSEY CASINO CONTROL COMMISSION; and MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey,<br><br>Defendants. | Case No.: 25-cv-2152-ESK-MJS<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff KalshiEX LLC ("Kalshi") gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the following Defendants: the New Jersey Division of Gaming Enforcement, James T. Plousis, Alisa Cooper, Joyce Mollineaux, and the New Jersey Casino Control Commission. *See Noga v. Fulton Fin. Corp. Emp. Benefit Plan*, 19 F.4th 264, 271 n.3 (3d Cir. 2021) (the Third Circuit "recognizes that [Rule 41(a)] allows a party to voluntarily dismiss all

of its claims against a particular party"); *accord* Wright & Miller, 9 Fed. Prac. & Proc. Civ. § 2362 (4th ed.).

    Dismissal of the above-named Defendants would leave Interim Director Mary Jo Flaherty and Attorney General Matthew Platkin as the remaining Defendants in this action. This notice is made upon representation from counsel for Defendants that Kalshi can obtain complete relief from Interim Director Flaherty and Attorney General Platkin alone.

Dated this 8th day of May, 2025.      /s/ Gurbir S. Grewal

Gurbir S. Grewal
Milbank LLP
55 Hudson Yards
New York, New York 10001
Telephone: 212-530-5775
Facsimile: 212-530-5775

Neal Katyal (*pro hac vice*)
Joshua B. Sterling (*pro hac vice*)
William E. Havemann (*pro hac vice*)
Milbank LLP
1850 K Street, Suite 1100
Washington D.C. 20006
Telephone: 202-835-7505
Facsimile: 213-629-5063

ATTORNEYS FOR PLAINTIFF

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) - 2