UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KALSHIEX LLC, <br><br> Plaintiff, <br><br> v. <br><br> MARY JO FLAHERTY, *et al.*, <br><br> Defendants. | Hon. Edward S. Kiel, U.S.D.J. <br> Hon. Matthew J. Skahill, U.S.M.J. <br><br> Docket No. 1:25-cv-2152-ESK-MJS <br><br> **CIVIL ACTION** <br><br> **(ELECTRONICALLY FILED)** |

**JOINT MOTION TO STAY PROCEEDINGS**

Plaintiff KalshiEX LLC and Defendants Mary Jo Flaherty, Interim Director of the Division of Gaming Enforcement and Matthew J. Platkin, Attorney General of New Jersey (collectively, the "parties"), have conferred and now respectfully request that the Court stay all proceedings in this matter.

Kalshi previously filed a Complaint (ECF No. 1) and a motion for a temporary restraining order and preliminary injunction (ECF No. 2). On April 28, 2025, this Court issued an Opinion (ECF No. 21) and Order (ECF No. 22) granting Kalshi's preliminary-injunction motion and enjoining Defendants from pursuing civil or criminal enforcement actions against Kalshi concerning its sports-related event contracts. The following week, Defendants appealed that Opinion and Order (ECF No. 26) to the U.S. Court of Appeals for the Third Circuit (Docket No. 25-1922).

1

Because this Court's preliminary-injunction decision is currently on appeal, a stay of proceedings in this Court would conserve the parties' and the Court's resources and advance the interests of judicial economy and efficiency. The parties therefore respectfully request that all proceedings in this action, including all deadlines, any discovery, pre-trial motions, and trial, shall be stayed pending further order of the Court. The parties propose to file a joint status report within 21 days after the issuance of the Third Circuit's mandate in Defendants' appeal.

| | |
|---|---|
| **Gurbir S. Grewal**<br>**Milbank LLP** | **Matthew J. Platkin**<br>**Attorney General of New Jersey** |
| /s/ Gurbir S. Grewal | /s/ Liza B. Fleming |
| Gurbir S. Grewal<br>Milbank LLP<br>55 Hudson Yards<br>New York, NY 10001<br>(202) 530-5775<br>ggrewal@milbank.com<br>Attorney for Plaintiff,<br>KalshiEX LLC | Liza B. Fleming<br>Deputy Attorney General<br>R.J. Hughes Justice Complex<br>25 Market Street, P.O. Box 112<br>Trenton, New Jersey 08625-0112<br>(862) 350-5800<br>Liza.fleming@njoag.gov<br>Attorney for Defendants |