# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KALSHIEX LLC, <br><br> Plaintiff, <br><br> v. <br><br> MARY JO FLAHERTY, *et al.*, <br><br> Defendants. | Hon. Edward S. Kiel, U.S.D.J. <br> Hon. Matthew J. Skahill, U.S.M.J. <br><br> Docket No. 1:25-cv-2152-ESK-MJS <br><br> **ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS** |

**THIS MATTER** comes before the Court upon the parties' Joint Motion to Stay Proceedings pending Defendants' appeal of this Court's April 28, 2025 Opinion and Order (ECF Nos. 21, 22) to the U.S. Court of Appeals for the Third Circuit, and the Court having considered the matter and for good cause shown,

**IT IS** on this __21st__ day of __May__, 20__25__

**ORDERED** as follows:

1. The parties' Joint Motion to Stay Proceedings is **GRANTED**.

2. All proceedings in this action, including all deadlines, any discovery, pre-trial motions, and trial, shall be stayed pending further order of the Court.

3. The parties shall file a joint status report within 21 days after the issuance of the Third Circuit's mandate in Defendants' appeal.

                                                                               /s/ *Edward S. Kiel* <br>
                                                                               **Edward S. Kiel** <br>
                                                                               **United State District Judge**