# U.S. COURT OF APPEALS
# FOR THE THIRD CIRCUIT

No. 25-1922

KALSHIEX, LLC

v.

MARY JO FLAHERTY; DIVISION OF GAMING ENFORCEMENT; JAMES T. PLOUSIS; ALISA COOPER; CASINO CONTROL COMMISSION; MATTHEW J. PLATKIN; JOYCE MOLLINEAUX

MARY JO FLAHERTY; MATTHEW J. PLATKIN,
Appellants

_____

Appeal from the U.S. District Court, D.N.J.
Judge Edward S. Kiel, No. 1:25-cv-02152

Before: CHAGARES, *Chief Judge*, PORTER, and
ROTH, *Circuit Judges*
Argued Sep. 10, 2025; Decided Apr. 6, 2026

JUDGMENT

This cause came to be considered on appeal from the United States District Court for the District of New Jersey and was argued on September 10, 2025.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** by this Court that the District Court's order dated April 28, 2025, is hereby **AFFIRMED**. All of the above in accordance with the Opinion of this Court. Costs shall be taxed against the appellants.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: April 6, 2026

Certified as a true copy and issued in lieu
of a formal mandate on April 28, 2026

Teste: *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**