**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

KALSHIEX LLC,

     Plaintiff,

     v.

MARY JO FLAHERTY, *et al.*,

     Defendants.

Hon. Edward S. Kiel, U.S.D.J.
Hon. Matthew J. Skahill, U.S.M.J.

Docket No. 1:25-cv-2152-ESK-MJS

<u>**CIVIL ACTION**</u>

**(ELECTRONICALLY FILED)**

<u>**JOINT STATUS REPORT**</u>

Plaintiff KalshiEX, LLC and Defendants Mary Jo Flaherty, Interim Director of the Division of Gaming Enforcement and Jennifer Davenport, Attorney General of New Jersey (collectively, the "parties") write in response to the Court's order of June 15, 2026, Dkt. 42.

On May 19, 2026, this Court granted the parties' request that this Court continue to stay proceedings in this matter pending any decision by the U.S. Supreme Court to deny certiorari or, if certiorari is granted, pending the Supreme Court's final disposition of the case.

The parties have no new information to bring to the Court's attention at this time. Defendants' deadline to seek certiorari is July 6, 2026. In accordance with this Court's May 19, 2026 order, the parties propose to file another joint status report within 21 days following either a Supreme Court decision denying certiorari or, if

1

certiorari is granted, the Supreme Court's final disposition of the case.  The parties would, however, be pleased to provide the Court with more frequent updates if the Court would find it helpful.

**Gurbir S. Grewal**                **Jennifer Davenport**
**Milbank LLP**                     **Attorney General of New Jersey**

*/s/ Gurbir S. Grewal*              */s/ Liza B. Fleming*

Gurbir S. Grewal                    Liza B. Fleming
Milbank LLP                         Deputy Attorney General
55 Hudson Yards                     R.J. Hughes Justice Complex
New York, NY 10001                  25 Market Street, P.O. Box 112
(212) 530-5775                      Trenton, NJ 08625
ggrewal@milbank.com                 (862) 350-5800
Attorney for Plaintiff,             Liza.fleming@njoag.gov
KalshiEX LLC                        Attorney for Defendants

2